IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
NOV 14 2005
U.S. COURT OF FEDERAL CLAIMS

FRANCIS DAN WHITEHURST and MARY D. WHITEHURST §
§
§
Plaintiff, §
§
vs. § DOCKET NO. 200T
§ JUDGE: ______
§
§
UNITED STATES OF AMERICA §
§
Defendant. §

## NOTICE OF INDIRECTLY RELATED CASES

The above captioned and styled matter is a "Greenberg Brothers" tax refund case that is indirectly related to the following cases, and pursuant to agreement under RCFC 40(b)(3), should be assigned to Judge Bruggink:

| Name | Suit Date | Docket No. |
|---|---|---|
| Pannico, Richard | 04/06/02 | 02-278T |
| Shelton, Tommy | 08/23/02 | 02-1042T |
| Bush, Lyman | 08/23/02 | 02-1041T |
| Bates, Henry | 09/05/02 | 02-1123T |
| Mandich, Rbt. | 09/18/02 | 02-1222T |
| Locker, Marsha for Gerald Cooper | 11/13/02 | 02/1550T |
| Nirschl, Herman | 11/13/02 | 02-1551T |
| Secord, Warren | 05/02/03 | 03-878T |

| Name | Suit Date | Docket No. |
|---|---|---|
| Whitehurst, Frances | 06/28/03 | 03-1616T |
| Larson, Doug | 08/30/04 | 04-1397T |
| Hendryx, Michael | 09/10/04 | 04-1433T |
| Bates, Henry | 9/27/04 | 04-1495 |
| Shelton, Tommy | 10/25/04 | 04-1595 |
| Fagerland, David | 10/25/04 | 04-1597 |
| Habenicht, Brad | 10/25/04 | 04-1596 |
| Bush, Lymon | 10/25/04 | 04-1598 |
| Wagner, Wm | 10/25/04 | 04-1599 |
| Mandich, Rbt. | 1/6/05 | 05-018 |
| Flynn, James | 1/6/05 | 05-019 |
| Gamble, Kenneth | 01/14/05 | 05-115 |
| McCarthy, Jack | 2/4/05 | 05-190 |
| Romain, Harry | 2/7/05 | 05-199 |
| Nelson, Murray | 2/7/05 | 05-198 |
| Flynn, James | 3/14/05 | 05-307 |
| Larson, Doug | 3/18/05 | 05-379 |
| Habenicht, Brad | 04/28/05 | 05-505 |
| Arnold, Tom | 05/04/05 | 05-513 |
| Cox, Raymond | 08/01/05 | 05-839 |
| Nirschl, Herman M. | 10/17/05 | 05-1112 |

Respectfully,

Thomas E. Redding
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)
ATTORNEY FOR PLAINTIFFS

OF COUNSEL FOR PLAINTIFFS:
Teresa J. Womack
Sallie W. Gladney
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713)965-9244 Voice
(713)621-5227 Fax

## Certificate of Service

On November 11, 2005, the forgoing Notice of Indirectly related cases was served by U.S. mail on the following counsel for the United States in the above referenced indirectly related cases:

Mr. Benjamin C. King
U.S. Department of Justice
Tax Division, Claims Court Section
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044-0026

Teresa J. Womack